**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

BOUBACAR TALL,                                  :          Case No. 2:24-cv-3729

      Petitioner,

  - vs -                                                          Judge Sarah D. Morrison
                                          Magistrate Judge Michael R. Merz

WARDEN, London Correctional Institution,

      Respondent.                                 :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 2) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Petition be dismissed for failure to state a claim cognizable in habeas corpus, but without prejudice to refiling the claims in a civil rights case.

    **IT IS SO ORDERED.**

                                    /s/ Sarah D. Morrison
                                    **SARAH D. MORRISON**
                                    **UNITED STATES DISTRICT JUDGE**